EDWARD ROSNER, Appellant and Respondent, *v.* U. S. WATERWAYS CORPORATION, Respondent and Appellant; EMANUEL KULU- KUNDIS et al., Respondents, et al., Defendants.

Argued April 8, 1952; decided May 29, 1952.

*Charles H. Tuttle, Stoddard B. Colby* and *Edward J. Ross* for appellant and respondent.

*William M. Chadbourne, Gerald B. O'Neill, Harry E. Hasselmann* and *Richard W. Dearborn* for respondent and appellant, and respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.